```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

**LAWRENCE E. WILSON,**

        **Plaintiff,**

    vs.                                **Civil Action 2:08-CV-552**
                                              **Magistrate Judge King**

**LEON HILL,**

        **Defendant.**

### ORDER

On November 16, 2012 the Court extended the deadline to file motions in *limine* to November 28, 2012.  Doc. No. 172.  On November 28, 2012, defendant Hill filed a motion in *limine*.  Doc. No. 179.  If plaintiff intends to oppose defendant's motion in *limine*, he is **DIRECTED** to do so within seven (7) days of this order.  Defendant may then have seven (7) days to file a reply.

December 17, 2012                                    s/Norah McCann King
                                                          Norah M<sup>c</sup>Cann King
                                                United States Magistrate Judge