# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE E. WILSON, | : | Case No. 2:08-cv-552 |
| | : | |
| Plaintiff, | : | |
| | : | Magistrate Judge King |
| vs. | : | |
| | : | |
| LEON HILL, | : | |
| | : | |
| Defendant. | : | |

## ORDER

With the consent of the parties, the Court will conduct a mediation of this case on January 14, 2013, beginning at 10:00 a.m., in the chambers of the undersigned. The Court will issue a writ of habeas corpus to secure plaintiff's presence at the mediation; defendant will assure the presence of a person with negotiating authority.

The parties will exchange written settlement positions by the close of business on January 11, 2013 and will provide a copy to the Court. The parties' settlement positions should not be filed.

    *s/ Norah McCann King*
United States Magistrate Judge

*January 7, 2013*