```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

**LAWRENCE E. WILSON,**

       **Plaintiff,**

  **vs.**                                       **Civil Action 2:08-CV-552**
                                                      **Magistrate Judge King**

**LEON HILL,**

       **Defendant.**

## ORDER

The Court conferred with counsel for the parties, by telephone, on March 11, 2013.

Plaintiff will have considered the most recent settlement proposal by March 14, 2013.

If the case is not settled, the Court will conduct another status conference on March 15, 2013, at 10:00 a.m. Counsel may participate by telephone by calling the Court at 614-719-3390.

March 11, 2013                                            *s/Norah McCann King*
                                                                Norah McCann King
                                                    United States Magistrate Judge